## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  17-15277 |
| Martin G Cipriani | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Honorable Judge Janet S. Baer (KANE) |

### NOTICE OF MOTION

To:    Glenn Stearns, Chapter 13 Trustee **notice via ECF delivery system**

Martin G Cipriani, 1653 Old Oak Place Darien, IL 60561 **notice via US Mail**

Motor World, Attn Ed Peterson, 550 Roosevelt Road, Glen Ellyn, IL 60137 **notice via US Mail**

Sorman & Frankel, Ltd., Cari A Kauffman, 180 North LaSalle Street, Suite 2700 Chicago, IL 60601 **notice via US Mail**

AmeriCredit/GM Financial, Po Box 183853, Arlington, TX, 76096 **notice via US Mail**

*See attached service list*

PLEASE TAKE NOTICE that on March 29, 2019 at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Janet S. Baer or any other Bankruptcy Judge presiding at Kane County Courthouse 100 S. Third Street, Room 240 Geneva, IL 60134, and shall present the **Motion to Obtain/Incur Debt**, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

### CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of the Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before March 14, 2019.

/s/ *David H. Cutler*
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:                                    )        Case No.:  17-15277
            Martin G Cipriani            )
                                          )        Chapter 13
                                          )
            Debtor(s).                    )        Judge Janet S. Baer (KANE)

<u>MOTION TO OBTAIN/INCUR DEBT</u>

NOW COMES the Debtor, Martin G Cipriani, by and through his Attorneys, Cutler and Associates, Ltd., and moves the Honorable Court to enter an order authorizing Debtor to obtain financing for the purchase of a vehicle. In support thereof, Debtor states as follows:

1. That on May 16, 2017 the Debtor filed for Chapter 13 protection and his plan was subsequently confirmed by this Honorable Court on July 7, 2017.

2. The confirmed Plan pays 22% to the general unsecured creditors and the payment schedule is $872 per month for 48 months and $1,275 per month for 12 months.

3. That the Debtor is current on plan payments and is on payroll control.

4. That under the confirmed the Debtor owns a 2015 Chevy Trax.

5. That the Debtor is surrendering the Chevy Trax to Americredit/GM Financial.

6. That the Debtor has put several hundreds of dollars into the Chevy Trax, including engine work, air condition repair, water pump replacement, injection system replacement, the radio has been fixed three times and the transmissions heat deflection has been repaired three times, the Trax now requires $2900 in repairs and the Debtor cannot afford to continue putting money into this vehicle.

7. That the Debtor has found a used 2016 Nissan Rogue that he would like to purchase.

2

8. That the Rogue is more sensible and reliable vehicle and Debtor has had the Rogue fully inspected and it is in good condition.

9. The Debtor seeks permission of this Honorable Court to incur this new debt that will result in him having monthly automobile payments of $469.73 for 72 months at the 19.99% interest rate. (See Exhibit A)

10. That the Debtor visited several dealerships and these were the best terms offered with the active Bankruptcy status.

11. The Debtor can afford this new debt, as he is surrendering the Chevy Trax and will no longer have that direct payment or the constant repair costs.

12. That Debtor requires reliable vehicle to commute to and from work daily.

13. That the Debtor can afford to continue making his monthly Trustee plan payments and afford the new vehicle payment.

14. That the Debtor filed in good faith and intends to complete his plan of reorganization.

WHEREFORE, Debtor prays that this Honorable Court enter an order that will allow him to incur $19,612.43 in auto financing with monthly installment payments of $469.73 at the 19.99 % interest rate.

Respectfully submitted;

Martin G Cipriani

By:  /s/ David H. Cutler
     David H. Cutler, esq.
     Cutler & Associates, Ltd.
     4131 Main St.
     Skokie IL 60076
     (847) 673-8600