## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 17 B 15277 |
| | ) | |
| MARTIN G. CIPRIANI, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

### NOTICE OF TERMINATION OF AUTOMATIC STAY PURSUANT TO OCTOBER 6, 2017 AGREED ORDER CONDITIONING AUTOMATIC STAY AS TO <u>AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL</u>

VIA ELECTRONIC NOTICE

To:  Glenn B. Stearns (Trustee)          David H. Cutler, Esq. (Debtor's Counsel)
     801 Warrenville Road, Suite 650     Cutler & Associates, Ltd.
     Lisle, Illinois 60532               4131 Main Street
                                         Skokie, Illinois 60076

VIA U.S. MAIL:
To:  Martin G. Cipriani (Debtor)
     1653 Old Oak Place
     Darien, Illinois 60561

Re:  AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL
     Account No. *****2437
     2015 Chevrolet Trax, Vin: KL7CJLSB3FB166873

Please be advised that Martin G. Cipriani ("Debtor") has failed to maintain direct monthly payments to AmeriCredit Financial Services, Inc., d/b/a GM Financial ("AmeriCredit") for the above referenced motor vehicle as required under 11 U.S.C. §362 and the agreement with AmeriCredit as set forth in the October 6, 2017 Agreed Order Conditioning the Automatic Stay as to AmeriCredit. As such, and based on Debtor's failure to cure that delinquency within fourteen (14) days from the date of AmeriCredit's March 27, 2019 Notice of Default with regards to the Agreed Order, the automatic stay has terminated and AmeriCredit will utilize its non-bankruptcy remedies as to the vehicle identified above.

                                         Respectfully submitted,
                                         AMERICREDIT FINANCIAL SERVICES,
                                         INC., D/B/A GM FINANCIAL,
                                         Creditor,

David J. Frankel (Ill. #6237097)         By:   /s/ Cari A. Kauffman
Cari A. Kauffman (Ill. #6301778)         One of its attorneys
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535 / (312)332-3545 (facsimile)

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Termination upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 15th day of April, 2019, before the hour of 5:00 p.m.

                                             ___/s/ Cari A. Kauffman___